**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**DAVID FARMER**                                                     **PLAINTIFF**

**v.**                  **Case No.  2:15-cv-00110 KGB**

**LINDA GANDY and**
**THE TRANSPORTATON FIRM, LLC**                            **DEFENDANTS**

### ORDER

Plaintiff David Farmer and defendants Linda Gandy and The Transportation Firm, LLC, have filed a stipulation of dismissal (Dkt. No. 39).  In accordance with the parties' stipulation of dismissal, this action is dismissed with prejudice.  All pending motions are denied as moot.

So ordered this the 7th day of November, 2016.

                                                  _/s/ Kristine G. Baker_
                                                  Kristine G. Baker
                                                  United States District Judge